IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARK MACKENDRICK,

    Petitioner,

v.                                          4:22cv404–WS/MJF

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF
FLORIDA,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed August 17, 2023. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 24) to the report and recommendation. Respondent has not responded to Petitioner's objections.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation is due to be

adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 19) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 4), challenging his conviction in *State v. Mackendrick*, Liberty County Circuit Court Case No. 2007–CF–44, in Gadsden County, Florida, is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __27th__ day of __October__, 2023.

        s/ William Stafford  
        WILLIAM STAFFORD  
        SENIOR UNITED STATES DISTRICT JUDGE.